UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


KUANG XUAN LIU,
PEI XIONG LIN,                                    CASE NO. 14-CV-02639-KAW

          Plaintiffs,

            v.                                 STIPULATION AND [~~PROPOSED~~]
                                                ORDER SELECTING ADR PROCESS

WIN WOO TRADING, LLC, a California Limited
Liability Company; SAFETY TRUCKING, LLC,
a California Limited Liability Company;
JIA JING ZHENG; JIA TUN ZHENG;
MINDY FANG; DOES 1-15,

          Defendants.
_____

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ☑    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☐    Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
    ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    ☑    other requested deadline _____12/10/2014

Dated: 8/20/2014                                   /s/X. Young Lai_____
                                                   X. Young Lai
                                                   Attorney for Plaintiffs
                                                   KUANG XUAN LIU and PEI
                                                   XIONG LIN


Dated: 8/19/2014                                   /s/LEON E. JEW
                                                   LEON E. JEW
                                                   Attorney for Defendants
                                                   SAFETY TRUCKING, LLC and JIA
                                                   TUN ZHENG


## [~~PROPOSED~~] ORDER

☒   The parties' stipulation is adopted and IT IS SO ORDERED.
☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated:  8/27/14                                    _____
                                                   UNITED STATES MAGISTRATE JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Page 2 of 2