UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG XUAN LIU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WIN WOO TRADING, LLC, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-02639-KAW<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE ANSWER<br><br>Dkt. No. 24 |

　　　　On August 29, 2014, Plaintiffs filed a motion to strike Defendants Safety Trucking LLC and Jia Tun Zheng's affirmative defenses in their answer to Plaintiffs' first amended complaint. (Dkt. No. 24.)  Pursuant to Civil L.R. 7-3, a party has 14 days from the date of filing to file an opposition to the motion.  Under this Court's Standing Order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Standing Order for Magistrate Judge Kandis A. Westmore ¶ 22.)  Defendants did not file an opposition.

　　　　Accordingly, the Court finds that this matter may be resolved without further briefing and without oral argument pursuant to Civil Local Rule 7-1(b), and GRANTS Plaintiffs' motion to strike Defendants' affirmative defenses as unopposed.  Defendants shall file a first amended answer which complies with Rule 8 and *Iqbal-Twombly* pleading standards within 14 days of this order.  Any affirmative defenses not asserted in the amended answer will be deemed waived.

　　　　IT IS SO ORDERED.

Dated: October 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge