Margaret J. Grover (Bar No. 112701)
Katherine Kao (Bar No. 267475)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mgrover@wendel.com

Attorneys for Defendants Win Woo Trading, LLC; Jia Jing Zheng; and Mindy Fang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KUANG XUAN LIU AND PEI XIONG LIN,<br><br>            Plaintiffs,<br><br>     vs.<br><br>WIN WOO TRADING, LLC;<br>SAFETY TRUCKING, LLC;<br>JIA TUN ZHENG;<br>JIA JING ZHENG;<br>MINDY FANG,<br><br>            Defendants. | Case No. 4:14-cv-02639  KAW<br><br>**STIPULATION REGARDING SETTLEMENT CONFERENCE; REQUEST FOR ASSIGNMENT TO MAGISTRATE JUDGE MARIA ELENA JAMES AND [~~PROPOSED~~] ORDER THEREON** |

   Plaintiffs Kuang Xuan Liu and Pei Xiong Lin, and Defendants Safety Trucking, LLC, Jia Tung Zheng, Win Woo Trading, LLC, Jia Jing Zheng, and Mindy Fang, by and through their respective attorneys of record enter the following Stipulation for Settlement Conference.

   WHEREAS, on or about August 27, 2014, the above-captioned case was ordered to mediation through the Northern District Mediation Program; and

   WHEREAS, following the Case Management Conference on September 9, 2014, the matter was referred to an Alternative Dispute Resolution Telephone Conference; and


1  WHEREAS, the Alternative Dispute Resolution Telephone Conference was held on September 16, 2014; and

WHEREAS all parties are in agreement that a Settlement Conference with a Magistrate Judge is the most appropriate form of alternative dispute resolution at the present time:

NOW THEREFOR, IT IS HEREBY STIPULATED, BY AND THROUGH COUNSEL OF RECORD:

1. The parties requests that the assignment to mediation be withdrawn;

2. The matter be referred to a Judicial Settlement Conference pursuant to Alternative Dispute Resolution Rule No. 7; and

3. Magistrate Judge Maria Elena James conduct the Settlement Conference.

DATED: September ___, 2014     LAW OFFICES OF X. YOUNG LAI

By: _____
X. Young Lai
Attorneys for Plaintiffs Kuang Xuan Liu
and Pei Xiong Lin

DATED: September ____, 2014     JEW & ASSOCIATES

By: _____
Leon E. Jew
Attorneys for Defendants Safety
Trucking, LLC and Jia Tun Zheng

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

DATED: September 17, 2014         WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Margaret J. Grover
Attorneys for Defendants Win Woo Trading, LLC, Jia Jing Zheng, and Mindy Fang

IN ACCORDANCE WITH THE PARTIES' AGREEMENT, IT IS HEREBY ORDERED:

1. The August 27, 2014 order requiring the parties to mediate is hereby revoked;

2. The matter is referred to a Judicial Settlement Conference pursuant to Alternative Dispute Resolution Rule No. 7; and

3. Magistrate Judge Maria Elena James shall conduct the Settlement Conference.

DATED: ____11/4_____, 2014

_____
United States Magistrate Judge