UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG XUAN LIU, et al.,

    Plaintiffs,

v.

WIN WOO TRADING, LLC, et al.,

    Defendants.

Case No. 14-cv-02639-KAW

ORDER TO SHOW CAUSE TO DEFENDANTS WIN WOO TRADING, LLC, SAFETY TRUCKING, LLC, JIA JING ZHENG, JIA TUN ZHENG, AND MINDY FANG

On September 9, 2014, the Court held the initial case management conference, where all Defendants appeared, and set a case management conference for December 16, 2014. On December 9, 2014, Defendants, and Plaintiffs filed a joint case management conference statement. (Dkt. No. 42.) However, none of the defendants appeared at the December 16, 2014 case management conference.

Accordingly, counsel for Defendants Win Woo Trading, LLC, Safety Trucking, LLC, Jia Jing Zheng, Jia Tun Zheng, and Mindy Fang are HEREBY ORDERED TO SHOW CAUSE, in writing, by no later than January 9, 2015, why they should not pay monetary sanctions in the amount of $500 per client for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: December 18, 2014

KANDIS A. WESTMORE
United States Magistrate Judge