UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG XUAN LIU, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WIN WOO TRADING, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-02639-KAW<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE TO DEFENDANTS WIN WOO TRADING, LLC, SAFETY TRUCKING, LLC, JIA JING ZHENG, JIA TUN ZHENG, AND MINDY FANG<br><br>Re: Dkt. No. 46 |

On December 9, 2014, Defendants, and Plaintiffs filed a joint case management conference statement. (Dkt. No. 42.) However, none of the defendants appeared at the December 16, 2014 case management conference. Accordingly, the Court issued an order to show cause to counsel for Defendants Win Woo Trading, LLC, Safety Trucking, LLC, Jia Jing Zheng, Jia Tun Zheng, and Mindy Fang why they should not pay monetary sanctions in the amount of $500 per client for their failure to appear at the case management conference. (Dkt. No. 46.)

On January 8, 2015, respective counsel for Defendants filed responses to the order to show cause stating that it was the fault of counsel, rather than the defendants, that resulted in their nonappearance at the case management conference. (Dkt. Nos. 47 & 48.) Additionally, both attorneys appeared at January 13, 2015 case management conference.

Accordingly, the December 18, 2014 order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: January 15, 2015

                                          KANDIS A. WESTMORE
                                          United States Magistrate Judge