UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG XUAN LIU, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WIN WOO TRADING, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-02639-KAW<br><br>ORDER TO SHOW CASE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On August 4, 2015, the Court held a case management conference, where Defendant Safety Trucking did not appear. This is the second time Safety Trucking has failed to appear at a case management conference. (*See* 12/18/14 Order to Show Cause, Dkt. No. 46.)

Accordingly, counsel for Safety Trucking is ORDERED TO SHOW CAUSE, in writing, by no later than August 17, 2015, why he should not pay monetary sanctions in the amount of $1000 for his second failure to appear at a case management conference. The Court will hold a hearing on the Order to Show Cause at the September 8, 2015 case management conference.

Defendant Safety Trucking is also reminded of its obligation to participate in discovery and, if necessary, meet and confer in good faith prior to seeking court intervention.

IT IS SO ORDERED.

Dated: August 5, 2015

KANDIS A. WESTMORE
United States Magistrate Judge