UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG XUAN LIU, et al.,

      Plaintiffs,

    v.

WIN WOO TRADING, LLC, et al.,

      Defendants.

Case No.  14-cv-02639-KAW

**ORDER TERMINATING THREE JOINT LETTERS FILED BY PLAINTIFFS AND SAFETY TRUCKING, LLC ON AUGUST 27, 2015**

Re: Dkt. Nos. 73, 74, 75

On August 27, 2015, Plaintiffs and Defendants Safety Trucking, LLC and Jia Tun Zheng filed three joint letters that address Defendants' responses to Plaintiffs' requests for production of documents (Dkt. No. 73), requests for admission (Dkt. No. 74), and special interrogatories (Dkt. No. 74).

On September 8, 2015, the Court held a case management conference in which Safety Trucking represented that it would be providing supplemental responses.  Accordingly, the Court TERMINATES the three joint letters, and orders Safety Trucking to file supplemental responses within 14 days of this order, absent court order or stipulation by the parties.

Additionally, should Plaintiffs find that the supplemental responses are deficient, the parties are ordered to meet and confer in good faith in an attempt to resolve or substantially narrow the scope of the dispute prior to seeking court intervention.

IT IS SO ORDERED.

Dated: September 8, 2015

KANDIS A. WESTMORE
United States Magistrate Judge