1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG XUAN LIU, et al.,

          Plaintiffs,

     v.

WIN WOO TRADING, LLC, et al.,

          Defendants.

Case No.  14-cv-02639-KAW

**ORDER TO SUPPLEMENT RESPONSE TO ORDER TO SHOW CAUSE WITHIN 14 DAYS**

Re: Dkt. Nos. 66 & 69

On August 4, 2015, the Court held a case management conference, where Defendant Safety Trucking did not appear.  On August 5, 2015, the Court issued an order to show cause. (Dkt. No. 66.)  On August 17, 2015, Defendant responded claiming that his automobile expectantly malfunctioned and was unsafe to operate. (Dkt. No. 69.)

On September 8, 2015, the Court held a hearing on the order to show cause, at which Defense counsel agreed to provide additional information regarding the repairs performed on his vehicle.

Accordingly, Defense counsel shall supplement his response to the order to show cause within 14 days of this order.

IT IS SO ORDERED.

Dated: September 10, 2015

_____

KANDIS A. WESTMORE
United States Magistrate Judge