UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG XUAN LIU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WIN WOO TRADING, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02639-KAW<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DISCOVERY DEADLINE AND CONTINUE TRIAL**<br><br>Re: Dkt. No. 91 |

On January 4, 2016, Plaintiffs filed an administrative motion to extend the discovery deadlines and continue the trial date presumably pursuant to Civil L.R. 7-11. (Pls.' Mot., Dkt. No. 91 at 1.) Specifically, Plaintiffs contend that Defendant Safety Trucking is impermissibly delaying and withholding discovery, thereby warranting these extensions. *Id.* at 2.

The relief requested under Federal Rule of Civil Procedure 16, however, requires a properly noticed motion, as Plaintiffs are requesting a continuance of the trial date. *See* Civil L.R. 40-1. Therefore, Plaintiffs' motion is DENIED.

Notwithstanding, the Court notes that while the discovery cut-off of January 8, 2016 has passed, Plaintiffs are permitted to file a joint letter regarding a discovery dispute— in a format consistent with the Court's Standing Order—within seven days of the discovery cut-off, or Friday, January 15, 2016. *See* Civil L.R. 37-3.

The parties are advised that they should be prepared to discuss the potential extension of case deadlines at the January 19, 2016 case management conference.

IT IS SO ORDERED.

Dated: January 13, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge