UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG XUAN LIU, et al.,

    Plaintiffs,

v.

WIN WOO TRADING, LLC, et al.,

    Defendants.

Case No. 14-cv-02639-KAW

ORDER REGARDING UNUSABLE CHAMBERS COPIES

Re: Dkt. No. 92

PLEASE TAKE NOTICE that the chambers copy of Defendant Safety Trucking's Motion to Quash was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☒ is not usable for another reason –   Exhibits aren't marked.

The paper used for the above-described chambers copy has been recycled by the court. Defendant shall submit a chambers copy in a format that is usable by the court no later than **January 22, 2016 at 12:00 noon.**

IT IS SO ORDERED.

Dated: January 20, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge