UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG XUAN LIU, et al.,

    Plaintiffs,

v.

WIN WOO TRADING, LLC, et al.,

    Defendants.

Case No. 14-cv-02639-KAW

**ORDER REQUIRING SUPPLEMENTAL DECLARATION FROM PLAINTIFFS**

Re: Dkt. No. 92

On January 11, 2016, Defendants Safety Trucking, LLC and Jiatun Zheng filed a motion to quash Plaintiffs' third party subpoenas served on East West Bank and Mark J. Bluer. (Defs.' Mot., Dkt. No. 92.) Defendants argue that the subpoenas were untimely. Plaintiffs' opposition, however, did not address when the subpoenas were served, only when they were issued. Therefore, on or before February 12, 2016, Plaintiffs are ordered to submit a declaration of counsel stating when the third party subpoenas were served, and they shall attach the proofs of service as exhibits to the declaration.

    IT IS SO ORDERED.

Dated: February 9, 2016

                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge