UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG XUAN LIU, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> WIN WOO TRADING, LLC, et al., <br><br>  Defendants. | Case No. 14-cv-02639-KAW <br><br> **ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 66 |

On August 4, 2015, the Court held a case management conference, where Defendants Safety Trucking and Jiatun Zheng did not appear. On August 5, 2015, the Court issued an order to show cause. (Dkt. No. 66.) On August 17, 2015, defense counsel Leon Jew responded claiming that his automobile malfunctioned and was unsafe to operate. (Dkt. No. 69.)

On September 8, 2015, the Court held a hearing on the order to show cause, at which Mr. Jew agreed to provide additional information regarding the repairs performed on his vehicle. On September 24, 2015, counsel filed a supplemental response. (Dkt. No. 85.)

The Court hereby discharges the August 5, 2015 order to show cause. Any other failure by defense counsel to appear or otherwise comply with the undersigned's standing orders or the Northern District Guidelines for Professional Conduct will result in sanctions in an amount that is reportable to the State Bar of California.

IT IS SO ORDERED.

Dated: February 18, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge