UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG XUAN LIU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WIN WOO TRADING, LLC, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-02639-KAW<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL**<br><br>Re: Dkt. No. 111 |

　　　　On February 1, 2016, Plaintiffs filed a motion to continue the trial date, or alternatively extend discovery deadlines. (Pls.' Mot., Dkt. No. 111.)  Defendants' deadline to file an opposition was February 16, 2016, but no timely opposition was filed.  The Win Woo defendants filed an opposition on February 19, 2016, which will not be considered as it is untimely.

　　　　Accordingly, the motion is GRANTED as unopposed. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion"). The parties shall meet and confer regarding a new trial date, and be prepared to discuss this issue at the March 8, 2016 case management conference.

　　　　Moreover, in light of the issues raised in the recent discovery disputes, the Court is willing to permit limited fact discovery regarding Safety Trucking and its relationship with Win Woo. The parties should also be prepared to discuss the extent of the limited discovery at the case management conference.  The Court will issue an amended case management order once the new trial date is set.

　　　　IT IS SO ORDERED.

Dated: February 22, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge