UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG XUAN LIU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WIN WOO TRADING, LLC, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-02639-KAW<br><br>**ORDER TERMINATING MOTION TO COMPEL**<br><br>Re: Dkt. No. 157 |

On March 17, 2016, Plaintiffs filed a motion to compel original time reports from Defendants Win Woo Trading and Safety Trucking, alleging that the copies provided in discovery were altered. Plaintiffs should be well aware that the undersigned does not entertain motions to compel, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 12-13.) Accordingly, the motion to compel is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

　　IT IS SO ORDERED.

Dated: March 29, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge