UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG XUAN LIU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WIN WOO TRADING, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-02639-KAW<br><br>**ORDER DISCHARGING 2/18/16 ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 134 |

On February 18, 2016, the Court held a hearing on Defendants Safety Trucking, LLC and Jiatun Zheng's motion to quash Plaintiffs' third party subpoenas served on East West Bank and Mark J. Bluer. Thereafter, the Court denied Defendants' motion to quash and issued an order to show cause to attorney Leon Jew to explain why the Court should not impose sanctions sua sponte under Federal Rule of Civil Procedure 11 for filing the unmeritorious motion. (Dkt. No. 134.)

On March 4, 2016, Mr. Jew responded to the order to show cause, and stated that the motion was brought in good faith in light of Civil Local Rule 37-3. (Dkt. No. 146 at 4.)  The Court notes that the Civil Local Rule, nor any other pertinent legal authority, was provided in either the motion or the reply, to support the argument that the subpoenas were untimely because they required production after the fact discovery cutoff.  Going forward, the undersigned expects counsel to be more thorough in his presentation of legal arguments, and to not unreasonably rely on the assistance of non-lawyers to draft court filings.

Notwithstanding, the Court hereby discharges the February 18, 2016 order to show cause.

IT IS SO ORDERED.

Dated: March 31, 2016

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge