Margaret J. Grover (Bar No. 112701)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mgrover@wendel.com

Attorneys for Defendants Win Woo
Trading, LLC; Jia Jing Zheng; and Mindy Fang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KUANG XUAN LIU, PEI XIONG LIN,<br><br>Plaintiffs,<br><br>vs.<br><br>WIN WOO TRADING, LLC; a California Limited Liability Company; SAFETY TRUCKING, LLC, a California Limited Liability Company; JIA JING ZHENG; JIA TUN ZHENG; MINDY FANG; DOES 1-15,<br><br>Defendants. | Case No. 4:14-cv-02639 KAW<br><br>**STIPULATION AND ORDER TO DISMISS ACTION, WITH PREJUDICE, AND TO SEAL DOCUMENTS FILED AT DOCKET NUMBERS 147-3 and 148-4** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective attorneys of record:

1.     This Action shall be dismissed, with prejudice, in its entirety.

2.     The Order Granting in Part and Denying In Part Plaintiffs' Motion for Sanctions against Safety Trucking, Jia Tun Zheng, and Counsel [Docket 193] shall be deemed satisfied and shall have no further force or effect.

3.     Exhibit A [Docket 147-3] to the Declaration of Counsel [Docket 147-1] filed on March 4, 2016 in support of Plaintiffs' Joint Oppositions to Motions for Summary Judgment shall be SEALED pursuant to the Stipulated Protected Order entered by this Court on August 26, 2015 [Docket No. 70].

**STIPULATION AND ORDER TO DISMISS
ACTION, WITH PREJUDICE, AND TO SEAL
DOCUMENTS**

4:14-cv-02639 KAW

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24ᵗᴴ Floor
Oakland, California 94607-4036

1    4.    Exhibit J [Docket 148-3] to the Declaration of Counsel [Docket 147-1] filed on

2 March 4, 2016 in support of Plaintiffs' Joint Oppositions to Motions for Summary Judgment shall

3 be SEALED pursuant to the Stipulated Protected Order entered by this Court on August 26, 2015

4 [Docket No. 70].

5    5.    The Court shall retain jurisdiction of the action solely for the purpose of enforcing

6 any payments due under Paragraphs 3 and 4 of the Settlement Agreement.

7    6.    The Court's jurisdiction of the Action shall conclude 10 days after the filing of a

8 Notice of Satisfaction of Payment, unless a party objects to the Notice within 10 days after its

9 filing.

10

11 DATED:  September __, 2017          LAW OFFICES OF X. YOUNG LAI

12

13                                        By:
14                                        _____
                                          X. Young Lai
15                                        Attorneys for Plaintiffs Kuang Xuan Liu and Pei
                                          Xiong Lin
16

17 DATED: September __, 2017          WENDEL, ROSEN, BLACK & DEAN LLP

18

19                                        By:
20                                        _____
                                          Margaret J. Grover
21                                        Attorneys for Defendants Win Woo Trading, LLC;
                                          Jia Jing Zheng; and Mindy Fang
22

23 DATED: September    , 2017          LAW OFFICES OF LIU AND HSU, P.C.

24

25                                        By:
                                          _____
                                          Ray Hsu
26                                        Attorneys for Defendants Safety Trucking, LLC
                                          and Jiatun Zheng
27

28

**STIPULATION AND ORDER TO DISMISS**                          4:14-cv-02639 KAW
**ACTION, WITH PREJUDICE, AND TO SEAL**
**DOCUMENTS**

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1    HAVING REVIEWED THE STIPULATION OF THE PARTIES, and good cause

2  appearing:

3    IT IS SO ORDERED.

4

5  DATED: October 4, 2017

6

7  _____

8  Kandis Westmore
   Magistrate Judge of the United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO DISMISS
ACTION, WITH PREJUDICE, AND TO SEAL
DOCUMENTS**                               1                    4:14-cv-02639 KAW